IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02433-BNB
(Removal from Logan County District Court, Colorado, Case Nos. 10-S-09, 10-S-12, 10-S-34, 11-S-10, and 11-S-24)

LEROY W. BAKER, #82907,

    Plaintiff,

v.

TOM CLEMENTS, Dir., D.O.C., and
KEVIN MILYARD, Warden, Ster. Corr. Fac.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 0 2011

GREGORY C. LANGHAM
CLERK

## ORDER FOR SUMMARY REMAND

Plaintiff, Leroy W. Baker, filed *pro se* a document titled "Removal of Cases from State to Federal Court Pursuant to: 28 U.S.C. § 1441 throu [sic] 1446 + F.R.C.P Rule 81." The Court must construe Mr. Baker's filings liberally because he is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reason stated below, this action will be remanded summarily to the Logan County District Court.

The Court has reviewed the Notice of Removal and finds that it is deficient. Mr. Baker seeks to remove to this Court Case Nos. 10-S-09, 10-S-12, 10-S-34, 11-S-10, and 11-S-24, six civil actions filed by Mr. Baker in the Thirteenth Judicial District in Logan County, Colorado. Only a defendant in a state court action may remove an action from state court to the federal district court. *See* 28 U.S.C. § 1446(a). Mr. Baker

has also failed to provide "a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a). Therefore, this action will be remanded summarily to the Logan County District Court. Accordingly, it is

ORDERED that this action is remanded summarily to the Logan County District Court. It is

FURTHER ORDERED that the Clerk of this Court shall mail a certified copy of this order to the clerk of the Logan County District Court. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __20th__ day of ___September___, 2011.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02433-BNB

Leroy W Baker
Prisoner No. 82907
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

James P DeVore
Logan County District Court
110 N Riverview Rd #205
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 20, 2011.

                                GREGORY C. LANGHAM, CLERK

                          By: _____
                                       Deputy Clerk